IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA ROMAN-RIVERA | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE, et al. | : | NO. 12-4320 |

## **ORDER**

AND NOW, this 19th day of June, 2013, upon consideration of Plaintiff's Motion for Summary Judgment/Brief and Statement of Issues in Support for Review, Defendant's response thereto, and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Defendant Commissioner's Motion for Summary Judgment is DENIED.

3. The Plaintiff's Motion for Summary Judgment is GRANTED.

4. The decision of the Commissioner of Social Security is VACATED and this case is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

/s/ Legrome D. Davis

LEGROME D. DAVIS, J.